IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10727
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BILLY GENE WOLCOTT,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-090-R
- - - - - - - - - -

August 27, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Billy Gene Wolcott, a federal prisoner, appeals the district court's denial of his petition pursuant to 28 U.S.C. § 2255. He argues that his trial counsel was ineffective for failing to advise him correctly regarding his decision not to plead guilty.

We have reviewed the briefs of the parties and the record and find no reversible error. Accordingly, we AFFIRM for the reasons stated by the magistrate judge and adopted by the district court. United States v. Wolcott, No. 3:90-CR-113-R (N.D. Tex. June 13, 1996).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.